IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

ALTERNA CAPITAL SOLUTIONS LLC,
a Florida limited liability company,

    Plaintiff,

v.

    CASE NO.:

DICK'S SPORTING GOODS, INC., a Delaware corporation,

    Defendant.

_____

## COMPLAINT

Plaintiff, Alterna Capital Solutions LLC ("Alterna"), sues Defendant, Dick's Sporting Goods, Inc. ("Dick's") and alleges:

### JURISDICTION, PARTIES, AND VENUE

1. This is an action that includes claims for damages that exceed $50,000.00, exclusive of interest, costs, and attorney's fees.

2. At all times material to this action, Plaintiff, Alterna, has been a Florida limited liability company doing business in Orange County, Florida.

3. At all times material to this action, Defendant, Dick's, has been a Delaware corporation doing business in Orange County, Florida and registered to do business in Florida.

4. Dick's has submitted itself to the jurisdiction of this Court under Sections 48.193(1)(a)(1) and (7), Florida Statutes, because they conducted, engaged in, or carried on business in this State; and breached a contract within this State and within this judicial district, causing damage to Alterna within this judicial district. Moreover, Dick's is subjection to

jurisdiction under Section 48.193(2), Florida Statutes, because it engaged in substantial and not isolated activity within the State of Florida.

5.      Under Section 47.011, Florida Statutes, venue is proper in Orange County, Florida because the causes of action accrued in Orange County.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

6.      Alterna is a factoring company that offers specialized financing for small to mid-sized businesses by purchasing their accounts receivable (i.e., invoices) that allows the businesses to convert their receivables into much needed cash.  After Alterna purchases the invoices from a client, it simply takes over the collection of the payment from the client's customers.  This allows the clients to bridge the cash flow gap between when they invoice their customers and when they ultimately collect payment from their customers.

7.      In early 2020, Alterna entered into an agreement with The Original Swimwear Company ("TOSC") whereby Alterna agreed to purchase certain TOSC accounts (evidenced by invoices)[1], including accounts to be paid by Dick's.

8.      On March 26, 2020, Alterna sent a letter to Dick's notifying it that TOSC had assigned all of its present and future accounts to Alterna, and that all payments due to Alterna now or in the future must be made payable directly to Alterna (the "Notice of Assignment").  The Notice of Assignment complied with Section 679.4061, Florida Statutes, and a true of correct copy of the Notice of Assignment is attached hereto as **Exhibit "A."**

---

[1] The term "accounts" as used in this Complaint shall have the same meaning as used under Section 679.1021(b), Florida Statutes, which defines "Account," in pertinent part, to mean: (i) a right to payment of a monetary obligation, whether or not earned by performance, (A) for property that has been or is to be sold.

2

9. Dick's ignored the Notice of Assignment, and misdirected payment of the Accounts to TOSC totaling $396,717.00. A list of the Accounts Dick's misdirected payment to TOSC is attached hereto as **Exhibit "B."**

10. Despite demand, Dick's has failed to make payment to Alterna.

11. All general and statutory conditions precedent to bringing this action have been performed, have occurred, have been waived, or have otherwise been excused by the Defendant's actions.

## COUNT I
## ACTION FOR MONIES DUE

12. Plaintiff sues Defendant for damages that exceed $50,000.00, for monies due.

13. Plaintiff realleges, incorporates, and asserts by reference the allegations set forth above in Paragraphs 1 through 8.

14. On March 26, 2020, Alterna sent a letter to Dick's notifying it that TOSC had assigned all of its present and future accounts to Alterna, and that all payments due to Alterna now or in the future must be made payable directly to Alterna (the "Notice of Assignment"). The Notice of Assignment complied with Section 679.4061, Florida Statutes, and a true of correct copy of the Notice of Assignment is attached hereto as **Exhibit "A."**

15. Dick's ignored the Notice of Assignment, and misdirected payment of the Accounts to TOSC totaling $396,717.00. A list of the Accounts Dick's misdirected payment to TOSC is attached hereto as **Exhibit "B."**

16. As of November 17, 2021, Dick's owes Alterna $396,717.00, which is due with interest.

WHEREFORE, Alterna demands judgment against Dick's in the amount of $396,717.00, plus applicable interest and costs.

## COUNT II
## ACCOUNT STATED

17. Plaintiff sues Defendant for damages that exceed $50,000.00, for account stated.

18. Plaintiff realleges, incorporates, and asserts by reference the allegations set forth above in Paragraphs 1 through 8.

19. Dick's agreed to the terms and conditions set forth in the Notice of Assignment.

20. Dick's owes Alterna the sum of $396,717.00, together with interest and costs, on the Accounts set forth in **Exhibit "B."**

WHEREFORE, Alterna demands judgment against Dick's for $396,717.00, plus applicable interest and costs.

Dated: November 18, 2021.

*s/ Tucker H. Byrd*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Plaintiff*

# EXHIBIT A



3/26/2020

Dick's Sporting Goods
245 Court Street
Coraopolis, PA 15108

Attention: Accounts Payable

Re: The Original Swimwear Company – Payment Remittance and Assignment Change

Recently, The Original Swimwear Company has experienced exponential growth in its business. Due to this recent growth, we are pleased to announce that they have entered into an agreement with Alterna Capital Solutions, LLC ("ACS"). In order for The Original Swimwear Company to better service their customers, they have assigned and will continue to assign, their present and future accounts to ACS. Further, pursuant to 9-406 of Revised Article 9 of the Uniform Commercial Code, ACS has filed a Financing Statement covering The Original Swimwear Company's accounts.

To the extent that you are now indebted or may in the future become indebted to The Original Swimwear Company on an account or a general intangible, for proper credit, payment thereof is to be made payable to The Original Swimwear Company and sent to the addresses listed below. Payments remitted to any other address will not constitute payment of this invoice.

**The Primary Remittance Address is:**

The Original Swimwear Company
c/o ACS
P.O. Box 936601
Atlanta, GA 31193-6601

**To send payments via ACH, please send to:**

Bank Name: Wells Fargo Bank, N.A.
Bank Account Name: Alterna Capital Solutions LLC
Routing Number: 121000248
Bank Account Number: ███████
FBO: The Original Swimwear Company


This letter may only be revoked in writing by both The Original Swimwear Company and ACS.


Best Regards,


Sarah Brasil
Collateral Analyst
Alterna Capital Solutions, LLC

# EXHIBIT B

**Please Remit All Payments To:**

The Original Swimwear Company, LLC  C/O Alterna Capital Solutions, LLC  PO BOX 936601  Atlanta, GA 31193

Invoices Were Purchased From:

Dick's Sporting Goods, Inc.  345 Court St  Cor The Original Swimwear Company, LLC  2915 Red Hill Avenue  Suite C-102  Costa Mesa, CA 92626

| Invoice# | Date | Amount | Age |
|---|---|---|---|
| 409804 | 2/26/2020 | 16,080.00 | 202 |
| 409805 | 2/26/2020 | 9,648.00 | 202 |
| 409806 | 2/26/2020 | 17,280.00 | 202 |
| 409807 | 2/26/2020 | 10,368.00 | 202 |
| 409808 | 2/26/2020 | 10,368.00 | 202 |
| 409809 | 2/26/2020 | 15,228.00 | 202 |
| 409810 | 2/26/2020 | 15,228.00 | 202 |
| 409811 | 2/26/2020 | 23,617.50 | 202 |
| 409812 | 2/26/2020 | 14,170.50 | 202 |
| 409813 | 2/26/2020 | 25,380.00 | 202 |
| 409814 | 2/26/2020 | 12,420.00 | 202 |
| 409815 | 2/26/2020 | 11,557.50 | 202 |
| 409816 | 2/26/2020 | 6,934.50 | 202 |
| 409817 | 2/26/2020 | 7,452.00 | 202 |
| 409818 | 2/26/2020 | 7,452.00 | 202 |
| 409819 | 2/26/2020 | 18,468.00 | 202 |
| 409820 | 2/26/2020 | 18,468.00 | 202 |
| 409821 | 2/26/2020 | 32,220.00 | 202 |
| 409822 | 2/26/2020 | 16,783.50 | 202 |
| 409823 | 2/26/2020 | 28,642.50 | 202 |
| 409824 | 2/26/2020 | 20,602.50 | 202 |
| 409825 | 2/26/2020 | 12,160.50 | 202 |
| 409826 | 2/26/2020 | 19,620.00 | 202 |
| 409827 | 2/26/2020 | 13,284.00 | 202 |
| 409828 | 2/26/2020 | 13,284.00 | 202 |

**Total Due  $   396,717.00**

nce address.  If there are any problems with the invoices listed or payment will not be mailed as anticipated, please contact us at (407)564-2270.