UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALTERNA CAPITAL SOLUTIONS, LLC,**

        Plaintiff,

v.                                       Case No: 6:21-cv-2131-ACC-EJK

**DICK'S SPORTING GOODS, INC.,**

        Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered for Third Party Plaintiff Dick's Sporting Goods, Inc. against Third Party Defendant The Original Swimwear Company, LLC in Orlando, Florida on the 20th day of July, 2022.

                                                ELIZABETH M. WARREN, CLERK

                                                s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record