# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALTERNA CAPITAL SOLUTIONS, LLC,**

      **Plaintiff,**

v.                                              Case No.   6:21-cv-2131-ACC-EJK

**DICK'S SPORTING GOODS, INC.,**

      **Defendant.**

___

## ORDER

On January 28, 2022, this Court entered its Case Management and Scheduling Order (Doc. 17) setting a mediation deadline of September 14, 2022.   On February 11, 2022, counsel filed a Notice (Doc. No. 24) indicating mediation was scheduled for August 18, 2022.   Within 14 days from the date of this order counsel shall notify the court of the outcome of that mediation.

**DONE** and **ORDERED** in Orlando, Florida on August 29,   2022.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties