**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALTERNA CAPITAL SOLUTIONS LLC,
a Florida limited liability company,

      Plaintiff,                    CASE NO.: 6:21-cv-02131-ACC-EJK

v.

DICK'S SPORTING GOODS, INC.,
a Delaware corporation,

      Defendant/Third-Party Plaintiff,

v.

THE ORIGINAL SWIMWEAR
COMPANY, LLC,

      Third-Party Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Alterna Capital Solutions, LLC, Defendant/Third-Party Plaintiff, Dick's Sporting Goods, Inc. and Third-Party Defendant, The Original Swimwear Company, LLC, through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to and request the Court's entry of dismissal *without prejudice* of this action with all parties bearing their own fees and costs.

**[Signatures on Following Page]**

*s/ Scottie McPherson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email:
TByrd@ByrdCampbell.com
Primary Email:
SMcPherson@ByrdCampbell.com
Secondary Email:RMicale@ByrdCampbell.com
*Attorneys for Plaintiff*

*s/ Kristina L. Marsh*
**Kristina L. Marsh**
Florida Bar No. 311080
**Christina M. Flores**
Florida Bar No. 125966
**GORDON REES SCULLY MANSUKHANI**
100 S. Ashley Drive, Suite 1290
Tampa, Florida 33602
Telephone: (813) 444-9700
Facsimile: (813) 377-3505
Primary Email: KMarsh@GRSM.com
Primary Email: CFlores@GRSM.com
Secondary Email:
KWarrington@GRSM.com
Secondary Email:
DBeauchamp@GRSM.com
Secondary Email:
TampaPleadings@GRSM.com
*Attorneys for Defendant*

*s/ Kent Carter*
**Kent Carter**
Illinois Bar No. 6242646
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, Illinois 60606
Telephone: (312) 619-4900
Primary Email:
KentCarter@GRSM.com
*Attorneys for Defendant*

*s/ Elise M. Kern*
**Elise M. Kern**
California Bar No. 204075
**PALMIERI, TYLER, WIENER, WILHELM & WALDRON, LLP**
1900 Main Street, Suite 700
Irvine, California 92614
Telephone: (949) 851-7343
Facsimile: (949) 825-5405
Primary Email: EKern@PTWWW.com
Secondary Email:
TBlack@PTWWW.com
RPrager@PTWWW.com
CSimmons@PTWWW.com
*Attorneys for Third-Party Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2022, I served the foregoing via electronic mail to all counsel of record.

*s/ Scottie McPherson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: SMcPherson@ByrdCampbell.com
Secondary Email:RMicale@ByrdCampbell.com
*Attorneys for Plaintiff*